

Stefani C Schwartz, Esq.
sschwartz@hatfieldschwartzlaw.com
973.737.8315

October 2, 2025

**VIA ECF**
The Honorable Jessica S. Allen, U.S.M.J.
United States District Court, District of New Jersey
MLK Building & U.S. Courthouse, Courtroom MLK 2B
50 Walnut Street, Newark, NJ 07102

    Re: **Richard Zelma v. Aaron Ram, et. al.**
       **Docket No. 2:25-cv-15701-EP-JSA**

Dear Judge Allen:

   This firm represents Defendants in the above-referenced matter. A F.R.C.P. R.16 scheduling and settlement conference is currently scheduled for this matter on November 24, 2025. Please be advised that our office requested permission from The Honorable Evelyn Padin, U.S.D.J. to file a F.R.C.P. 12(c) motion, and with the Court's permission, intend on filing same. Additionally, our office has a conflict and is not available on November 24, 2025, the day of the conference. Accordingly, we respectfully request an adjournment of the conference to a later date.

          Respectfully submitted,

          HATFIELD SCHWARTZ LAW GROUP LLC

          By: */s/ Stefani C Schwartz*
            STEFANI C SCHWARTZ, ESQ.

cc: Plaintiff, via electronic filing